UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:21CV-P114-JHM

ISAIAH TYLER                                                                                           PLAINTIFF

v.

CITY OF HENDERSON, KY *et al.*                                                          DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), (2) because the complaint fails to state a claim upon which relief may be granted and seeks relief from a defendant who is immune from such relief.

There being no just reason for delay in its entry, this is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:   April 12, 2022

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:     Plaintiff, *pro se*
        Defendants
4414.010